UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:	Case No. 16 B 22885

    Shymaine Wright

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2016.

2) The plan was confirmed on 11/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/06/2017.

5) The case was Dismissed on 03/06/2017.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $3,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,500.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,340.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $159.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,500.00

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Interstate | Unsecured | 627.29 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Bureau Of Collection Recovery | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 737.29 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 329.00 | 329.44 | 329.44 | 0.00 | 0.00 |
| Certegy | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,115.93 | 4,175.08 | 4,175.08 | 0.00 | 0.00 |
| City of Chicago Department of Water | Secured | 5,657.10 | 5,657.10 | 5,657.10 | 0.00 | 0.00 |
| City of Chicago Department of Water | Secured | 5,896.68 | 8,184.99 | 5,896.68 | 0.00 | 0.00 |
| City of Chicago Department of Water | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Water | Unsecured | NA | 2,288.31 | 2,288.31 | 0.00 | 0.00 |
| City of Chicago Dept of Finance | Unsecured | 0.00 | 294.97 | 294.97 | 0.00 | 0.00 |
| City of Chicago Dept of Finance | Unsecured | 0.00 | 632.73 | 632.73 | 0.00 | 0.00 |
| City of Chicago Dept of Finance | Unsecured | 0.00 | 641.53 | 641.53 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 4,002.19 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 432.67 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 0.00 | 1,284.11 | 1,284.11 | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | NA | 2,755.77 | 2,755.77 | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | NA | 12,961.61 | 12,961.61 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 6,299.00 | 9,054.77 | 6,299.00 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 30,547.00 | 53,847.49 | 30,547.00 | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 159.09 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| Creditonebnk | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Ebay | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Premier Bank | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Foundation for Emergency Services | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 660.00 | 195.42 | 195.42 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 822.53 | 822.53 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 339.05 | 339.05 | 339.05 | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Merit School of Music | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | 20.74 | NA | NA | 0.00 | 0.00 |
| Mobile Mini Inc | Unsecured | 1,409.05 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 8,990.44 | 9,716.95 | 9,716.95 | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 901.26 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 209.61 | NA | NA | 0.00 | 0.00 |
| PRA Receivables | Unsecured | 550.33 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 119.30 | NA | NA | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 39.91 | NA | NA | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 70.39 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 484.28 | 484.28 | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 1,512.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| South Shore Bank | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 0.00 | 474.57 | 474.57 | 0.00 | 0.00 |
| Talan & Ktsanes | Unsecured | 52.00 | 1,148.00 | 1,148.00 | 0.00 | 0.00 |
| United States of America | Unsecured | 7,121.62 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $48,399.78 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$48,399.78** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $195.42 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$195.42** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,348.93** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,500.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,500.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2018        By: /s/ Marilyn O. Marshall
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**